**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN WASKO, et al., | Case No. CV 15-7106 ODW (SS) |
| PLAINTIFFS, | **ORDER SUMMARILY REMANDING** |
| v. | **IMPROPERLY-REMOVED ACTION** |
| PATRICK OKEKE, et al., | |
| DEFENDANTS. | |

The Court will remand this unlawful detainer action to state court summarily because Defendants removed it improperly.

On September 9, 2015, Defendants Patrick Okeke and Lina Ogbu, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice Of Removal of that action to this Court and also presented applications to proceed in forma pauperis. The Court has denied the latter applications under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

1  \\

2       Simply stated, this action could not have been originally
3  filed in federal court because the complaint does not competently
4  allege facts supporting either diversity or federal-question
5  jurisdiction, and therefore removal is improper.  28 U.S.C.
6  § 1441(a), see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545
7  U.S. 546, 563 (2005).  Defendant's notice of removal only asserts
8  that removal is proper based upon federal question jurisdiction.
9  (Notice at 2).  However, the underlying unlawful detainer action
10 does not raise any federal legal question.

11

12      Accordingly, IT IS ORDERED that (1) this matter be REMANDED
13 to the Superior Court of California, County Of Los Angeles, 275
14 Magnolia Avenue, Long Beach, CA 90802, for lack of subject matter
15 jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk
16 send a certified copy of this Order to the state court; and
17 (3) that the Clerk serve copies of this Order on the parties.

18

19      IT IS SO ORDERED.

20

21 DATED: September 21, 2015

22                                    _____
                                      OTIS D. WRIGHT, II
23                                    UNITED STATES DISTRICT JUDGE